# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 11, 2021

## NO. 03-20-00603-CR

**The State of Texas, Appellant**

**v.**

**James Eric Thomas, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 1 OF COMAL COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES BAKER AND SMITH
DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE BAKER**

This is an appeal from an order on the motion to suppress rendered by the trial court on November 30, 2020. The appellant, State of Texas, has filed a motion to dismiss its appeal. Therefore, the Court grants the motion, allows State of Texas to withdraw its notice of appeal, and dismisses the appeal. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.